**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.** 3:20-CR-00280-FDW-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **TERICKUS J. ASBURY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release and Sentence Reduction, (Doc. No. 98).  After reviewing the motion, the Court hereby ORDERS the Government to respond to the merits of Defendant's motion, including arguments and/or concessions on the 18 USCA § 3553(a) factors.  The Government shall have twenty-eight (28) days from the date of this Order to file its response with the Court, and Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

   **IT IS SO ORDERED.**

Signed: April 24, 2023

Frank D. Whitney
United States District Judge

1