# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:20-CR-00280-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TERICKUS J. ASBURY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on pro se "Defendant Asbury's Motion Request to Defer This Court's Ruling of His Now Pending § 3582(c)(1)(A)(i) Compassionate Release Motion." (Doc. No. 106).

Defendant filed his pro se motion for compassionate release in April 2023. (Doc. No. 98). Now he asks the Court to defer ruling on his compassionate release motion because "new amendments . . . are being considered at this time by the Unites States Sentencing Commission [which] may possibly affect [his sentence.]" (Doc. No. 106 at 1). Therefore, Defendant asks the Court to defer ruling until "the scheduled time in November when these amendments are to be incorporated into the United States Sentencing Guidelines." (Id. at 1-2). The Court finds it unnecessary to defer ruling on the motion for compassionate release because of pending or potential amendments in the Sentencing Guidelines that have not yet been adopted. Accordingly, the Court will deny Defendant's Motion. In the event any amendments to the Sentencing Guidelines are adopted by the United States Sentencing Commission, the parties may raise arguments related to any such amendments at that time.

**IT IS, THEREFORE, ORDERED** that Defendant Asbury's Motion Request to Defer This Court's Ruling of His Now Pending § 3582(c)(1)(A)(i) Compassionate Release Motion (Doc. No. 106) is **DENIED**.

**SO ORDERED**.

Signed: August 24, 2023

Susan C. Rodriguez
United States Magistrate Judge